IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BLAKE ALEXANDER,

    Plaintiff,

v.

DR. TROST, *et al.*,

    Defendants.

Case No. 3:16-cv-949-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendations ("Report") (Doc. 87) of Magistrate Judge Reona J. Daly with regard to the defendant Wexford Health Sources, Inc.'s motion to dismiss (Doc. 80). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 87);
- **GRANTS** Wexford Health Sources, Inc.'s motion to dismiss (Doc. 80); and
- **DISMISSES** Wexford Health Sources, Inc. from this case **WITH PREJUDICE**.

**IT IS SO ORDERED.**
**DATED: JUNE 27, 2018**

                                      **s/ *J. Phil Gilbert***
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**