IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BLAKE ALEXANDER,

Plaintiff,

v.

WEXFORD INSTITUTIONAL, *et al.*,

Defendants.

Case No. 16-cv-949 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 8, 2019**              **MARGARET M. ROBERTIE, Clerk of Court**

                                         *s/Tina Gray*
                                           **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**